IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CLEAR WITH COMPUTERS, LLC,** | § § § | |
| Plaintiff, | § § | **CASE NO. 6:09 CV 479** |
| vs. | § § | |
| **HYUNDAI MOTOR AMERICA, INC.,** | § § | |
| Defendant. | | |

## ORDER

The Court **DENIES** HMA's motion for summary judgment of non-infringement (Docket No. 192), as stated at the pretrial hearing. The Court **GRANTS** HMA's motion to file a supplemental brief (Docket No. 300). The Court **GRANTS** CWC's motion for summary judgment re: no divided infringement (Docket No. 201).

**So ORDERED and SIGNED this 9th day of June, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**