**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CLEAR WITH COMPUTERS, LLC, § § § | |
| Plaintiff, § § | |
| vs. § § | CASE NO. 6:09-CV-479 |
| HYUNDAI MOTOR AMERICA, INC., § § § | |
| Defendant. § § | |

# FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, consistent with the Court's Memorandum Opinion and Order (Docket No. 413), and in consideration of the jury verdict delivered on June 17, 2011, and the entirety of the record available to this Court, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

- Defendant Hyundai Motor America, Inc. ("HMA") is found to have unlawfully infringed U.S. Patent No. 7,606,739 ("the '739 patent").

- The '739 patent is not invalid and is enforceable.

- The Court awards damages to Clear With Computers, LLC ("CWC") for HMA's infringement of the '739 patent in the amount of $11,575,579.68.

- CWC is further awarded post-verdict damages in the amount of $1,654,178.00 through August 31, 2011, and $20,939.00 per day thereafter until the date of this Final Judgment.

- CWC is further awarded prejudgment interest on the actual damages found by the jury calculated at the prime rate as of the date of this Final Judgment compounded quarterly through December 31, 2011, and compounded daily for the month of January 2012.

- CWC is awarded its prejudgment Costs of Court.

- CWC is entitled to post-judgment interest as provided for by 28 U.S.C. § 1961 for any time period between the entry of this Final Judgment and the date upon which CWC receives payment from HMA as ordered herein.

- For the reasons stated in the Court's Memorandum Opinion and Order (Docket No. 413), HMA is hereby **ORDERED**, for the remaining life of the '739 patent and so long as HMA's infringement continues, to pay CWC an ongoing royalty of $20,939.00 per day.

- All relief not granted in this Final Judgment is **DENIED**.

- All pending motions not previously resolved are **DENIED**.

**So ORDERED and SIGNED this 26th day of January, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**